IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

King Romano Ra Pharol Beaujayam,   No. C 11-05710 SI

    Plaintiff,   **JUDGMENT**

  v.

Socrates Peter Manoukian,

    Defendant.
                                           /

The complaint has been dismissed without leave to amend.  Judgment is entered accordingly.

Dated: May 15, 2012

                                                   SUSAN ILLSTON
                                                   United States District Judge

**United States District Court**
For the Northern District of California