**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| King Romano Ra Pharol Beaujayam, | No. C 11-05710 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Socrates Peter Manoukian, | |
| Defendant. / | |

The complaint has been dismissed without leave to amend.  Judgment is entered accordingly.

Dated: May 15, 2012

_____
SUSAN ILLSTON
United States District Judge